**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7411**
_____

SULYAMAN ALISLAM WASALAAM,

　　　　　　Plaintiff – Appellant,

　　　v.

DETECTIVE CHRIST YOUNG; CHIEF DARYL WILLIAMS; SCOTLAND COUNTY AND CITY OF LAURINBURG POLICE DEPARTMENT DETENTION CENTER; SHERIFF RALPH KERSEY,

　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., Chief District Judge. (1:16-cv-01068-WO-LPA)

_____

Submitted: February 17, 2017　　Decided: February 28, 2017

_____

Before TRAXLER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sulyaman Alislam Wasalaam, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sulyaman Alislam Wasalaam appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wasalaam v. Young, No. 1:16-cv-01068-WO-LPA (M.D.N.C. Sept. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED